**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MICHAEL JEFFREY STOTTS,

Plaintiff,

v.

Warden CONSTANCE REESE,
DR. ROBERT R. THOMPSON, and
DR. CYGNOR,

Defendants.

Civil No. 00-1490 (ADM/SRN)

**ORDER**

---

This matter is before the Court on Plaintiff's motion for default judgment. Plaintiff claims that he is entitled to a default judgment because Defendants failed to respond to his complaint in a timely manner.

The three named Defendants are federal prison officials. Plaintiff's complaint does not expressly indicate that he is suing Defendants in their individual capacities, so Defendants could justifiably assume that they are being sued in their official capacities. Johnson v. Outboard Marine Corp., 172 F.3d 531, 535 (8th Cir. 1999) ("in order to sue a public official in his or her individual capacity, a plaintiff must expressly and unambiguously state so in the pleadings, otherwise, it will be assumed that the defendant is sued only in his or her official capacity"); Artis v. Francis Howell North Band Booster Ass'n, Inc., 161 F.3d 1178, 1182 (8th Cir. 1998) (same). Because Defendants are federal officials who presumably are being sued in their official capacities, they had 60 days after service of process to file an answer. Fed. R. Civ. P. 12 (a)(3). Plaintiff contends, (and the record seems to indicate, [see Docket No. 10]), that Defendants were served on August 9, 2000. Therefore, Defendants were required to file an answer by October 8, 2000. Defendants actually filed their

FILED NOV 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

answer, (Docket No. 19), on September 25, 2000 -- which obviously was well before the deadline. Thus, Defendants have not defaulted, and Plaintiff is not entitled to a default judgment. Plaintiff's motion for default judgment will therefore be denied.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Plaintiff's motion for default judgment, (Docket No. 14), is DENIED.

Dated: November 21, 2000

ANN D. MONTGOMERY
United States District Court Judge