**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Michael Jeffrey Stotts,**

**Plaintiff,**

**v.**

**Constance C. Reese,**
**Dr. Robert R. Thompson, and**
**Dr. Cygnor,**

**Defendants.**

**Civil No. 00-1490 ADM/SRN**

**ORDER**

---

Michael J. Stotts, Pro Se

Mary Jo Madigan, Assistant U.S. Attorney, on behalf of Defendants Constance C. Reese, Dr. Robert A. Thompson, and Dr. Cygmor.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned Magistrate Judge of District Court on January 12, 2001, on Plaintiff's Motion to File Color Exhibits (Docket No. 28). There has been no response to this motion by the Defendants.

By way of this motion, the Plaintiff, Michael J. Stotts, Pro Se, seeks to make two enlarged color photos of record in this case. The Court will assume that this motion seeks to make the color exhibits an amendment to the Complaint.

Federal Rule of Civil Procedure 15 (a) provides that a Court may allow amendments to pleadings "when justice so requires." Neither delay nor dilatory motive are sufficient in themselves to deny a party leave to amend a pleading. The delay or dilatory motive must result in prejudice to the party opposing the motion. Buder v.

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Merrill Lynch, Pierce, Fenner & Smith, 644 F.2d 690, 694 (8th Cir. 1981). It does not appear that permitting the amendment of this complaint, even at this stage of litigation, would cause any prejudice to the Defendants. Accordingly, Plaintiff Michael J. Stotts, Pro Se, is granted leave to file and serve an Amended Complaint, attaching the color exhibits identified in this motion to his Complaint.

Based on the foregoing and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to File Color Exhibits (Docket No. 28) is **GRANTED** and Plaintiff is granted leave to file and serve an Amended Complaint, attaching the color exhibits to his original Complaint.

DATED: June 21, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge