**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Michael Jeffrey Stotts,** | **Civil No. 00-1490 ADM/SRN** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **Constance C. Reese, Dr. Robert R. Thompson, and Dr. Cygnor,** | |
| **Defendants.** | |

---

Michael J. Stotts, Pro Se

Mary Jo Madigan, Assistant U.S. Attorney, on behalf of Defendants Constance C. Reese, Dr. Robert A. Thompson, and Dr. Cygmor.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned Magistrate Judge of District Court on December 12, 2000, on the motion of Plaintiff Michael J. Stotts, Pro Se, entitled "Plaintiff's Pretrial Order Response – Motion to Proceed at Earlier Date" (Docket No. 27). The Defendants did not file any response to this motion.

In essence, the motion requests that the Court advance the dates in the Court's present Pretrial Scheduling Order, including the dates for dispositive and non-dispositive motions and the trial ready date. In his motion, Plaintiff states that he is agreeable to a trial by the Court, rather than a jury, and purports to waive certain discovery rights. The motion also appears to seek the Court's guidance with respect to a number of issues, including trial preparation and settlement.

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

In proposing a Pretrial Scheduling Order in this matter, the Court took into account the balancing of interests between the parties and achieving discovery in a cost-effective, just and speedy manner. The Court notes that the dispositive motions deadline is set for July 6, 2001, and that discovery has been completed. The Court also notes that the Defendants have filed a motion to dismiss, or in the alternative for summary judgment, which is currently pending before the Court. In light of the fact that this case has proceeded expeditiously through the discovery process and will be ready for trial pending the outcome of the currently filed dispositive motion, the Court sees no reason to amend the Pretrial Scheduling Order.

Based on the foregoing and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Pretrial Order Response – Motion to Proceed at Earlier Date (Docket No. 27) is **DENIED**.

DATED: June 21, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge