# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Jeffrey Stotts

Case No. Civil 00-1490 ADM/SRN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Warden Constance Reese,
Dr. Robert R. Thompson and
Dr. Cygnor

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendants' alternative motion for summary judgment is granted, and this action is dismissed with prejudice.

DATE: December 7, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk